

# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2014

No. 04-14-00247-CV

**IN RE** Jerry Alex **CORONA** and Sonia Luna Corona

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Marialyn Barnard, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

On April 10, 2014, relators filed a petition for writ of mandamus. On May 12, 2014, real party in interest, Alice Heugel, filed a response. On July 3, 2014, this court requested a supplement to the mandamus record to include the complete transcript and record of the jury trial in the underlying case. The requested supplemental mandamus record was received on July 28, 2014. After considering the record and pleadings in this cause, the court has determined oral argument will benefit the court in the resolution of this original proceeding. Accordingly, the matter is set for formal submission and oral argument before this court on October 14, 2014 at 2:00 p.m.

Argument is limited to twenty minutes for each side, with ten minutes for rebuttal. If you do not wish to present argument, you must notify this court in writing within seven days of receiving this notice.

It is so **ORDERED** on September 19th, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2011-CI-08286, styled *Alice Heugel v. Jerry Alex Corona and Sonia Luna Corona*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.